| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Stamp (Jr.), Frederick P | 2. Court or Organization USDC/Northern West Virginia | 3. Date of Report 05/05/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address P.O. Box 791 Wheeling, WV 26003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee-Emeritus | The Linsly School, Incorporated |
| 2. Trustee | University of Richmond |
| 3. Trustee | Uniform Law Foundation National Conference of Commissioners of Uniform State Laws |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 12 A 10: 14 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | WesBanco Bank Wheeling Board of Directors Fees |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Washington & Lee Univeristy School of Law | October 18 - Lexington, VA - Moot Court competition judge (lodging) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Automatic Data Processing | C | Dividend | M | T | | | | | |
| 2. JP Morgan Chase & Co | F | Dividend | P1 | T | | | | | |
| 3. Bristol Myers Squibb Co. | F | Dividend | P1 | T | PrtSell | 8/1 | M | G | |
| 4. Bristol Myers Squibb Co-Trans to Trust A/C B | | | | | PrtTrns | 12/15 | J | | |
| 5. Capial Automotive Reit Com Sh Ben Int | D | Dividend | | | Sell | 12/16 | M | F | |
| 6. Coca-Cola Co | E | Dividend | O | T | | | | | |
| 7. Dow Chemical Co | C | Dividend | M | T | | | | | |
| 8. Exxon Mobil Corp Com | D | Dividend | M | T | | | | | |
| 9. EBAY Incorporated | | None | K | T | | | | | |
| 10. General Electric | D | Dividend | N | T | | | | | |
| 11. Hazlett, Burt & Watson, Inc. | | None | N | T | | | | | |
| 12. Intel Corp | B | Dividend | L | T | | | | | |
| 13. Wyeth | E | Dividend | O | T | | | | | |
| 14. Zimmer Holdings | | None | O | T | | | | | |
| 15. Century Properties V LP | D | Rent | K | W | | | | | |
| 16. Century Properties VI LP | D | Rent | K | W | | | | | |
| 17. Century Properties VIII LP | | None | | | Sell | 9/28 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Century Properties X LP | B | Rent | L | W | | | | | |
| 19. Century Properties XI LP | A | Rent | L | W | | | | | |
| 20. Century Properties XII LP | A | Rent | K | W | Buy | 5/31 | K | | |
| 21. 1990 Fed L Tax Credit Partners | A | Interest | J | W | | | | | |
| 22. Beckley WV Park Rev 5.5% due 6/15/2010 | C | Interest | L | T | PrtSell | 6/15 | J | | |
| 23. WV St Bldg Comm Lease 5% due 7/1/2007 | C | Interest | M | T | | | | | |
| 24. WV St Bldg Comm Lotto 5.25% due 7/1/2010 | C | Interest | L | T | | | | | |
| 25. Raleigh Cnty WV Bldg Comm 3.6% due 12/1/10 | B | Interest | K | T | | | | | |
| 26. WV St Hsg Dev 5.4% due 11/1/2013 | B | Interest | | | PrtSell | 4/1 | J | A | |
| 27. WV St Hsg Dev 5.4% due 11/1/2013 | | | | | Sell | 7/15 | K | A | |
| 28. Barbour Co WV BD Ed 5% due 6/1/08 | B | Interest | K | T | | | | | |
| 29. Parkersburg WV Waterworks & SW 3.2% due 8/1/09 | B | Interest | K | T | Buy | 8/19 | L | | |
| 30. WV ST RD 4.25% Due 6/1/10 | B | Interest | K | T | | | | | |
| 31. WV Econ Dev 4.15% Due 7/15/11 | B | Interest | K | T | | | | | |
| 32. WV Econ Dev 4.7% Due 11/1/12 | B | Interest | K | T | | | | | |
| 33. WV St Hsg 4.9% due 11/1/14 | C | Interest | L | T | | | | | |
| 34. Reserve Fund "C" | C | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Reserve Fund "B" | B | Interest | M | T | | | | | |
| 36. Air Products & Chemicals Inc | D | Dividend | N | T | | | | | |
| 37. Allergan Inc | A | Dividend | L | T | | | | | |
| 38. Amgen | | None | | | Sell | 4/27 | L | | |
| 39. Anheuser Busch Companies Inc | A | Dividend | | | PrtSell | 4/27 | K | E | |
| 40. Anheuser Busch Companies Inc | | | | | Sell | 8/5 | M | G | |
| 41. Artesyn Tech Inc | | None | M | T | | | | | |
| 42. Automatic Data Processing Inc | C | Dividend | M | T | | | | | |
| 43. CR Bard Inc | A | Dividend | L | T | | | | | |
| 44. Bank of America Corp | D | Dividend | M | T | | | | | |
| 45. Bed Bath & Beyond | | None | M | T | | | | | |
| 46. Broadband Holders Tr Dep Rept | | None | | | Sell | 4/27 | L | | |
| 47. Cabelas Inc | | None | | | Sell | 11/9 | L | | |
| 48. Citigroup Inc | C | Dividend | L | T | | | | | |
| 49. Walt Disney Co | B | Dividend | M | T | PrtSell | 4/27 | K | D | |
| 50. WV Infrastruct 1996 ser 5.5% due 11/1/2008 | D | Interest | M | T | | | | | |
| 51. Exxon Mobil Corp | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Electric Co | D | Dividend | M | T | | | | | |
| 53. Genzyme Corp | | None | M | T | Buy | 4/27 | L | | |
| 54. Hershey Co | B | Dividend | M | T | Buy | 11/9 | L | | |
| 55. Hershey Co | | | | | Buy | 12/27 | L | | |
| 56. Home Depot | C | Dividend | N | T | | | | | |
| 57. Ishares Inc MSCI Pacific EX Japan Index | C | Dividend | M | T | Buy | 4/27 | M | | |
| 58. Ishares TR Future Issues China | | None | M | T | Buy | 8/5 | M | | |
| 59. Ishares-TR MSCI Emerging Market Index Fund | B | Dividend | M | T | | | | | |
| 60. Microsoft | D | Dividend | N | T | | | | | |
| 61. Moody's Corporation | A | Dividend | M | T | | | | | |
| 62. Paychex Inc | C | Dividend | M | T | | | | | |
| 63. Pepsico | D | Dividend | N | T | | | | | |
| 64. Pet Smart Inc | A | Dividend | M | T | Buy | 2/10 | L | | |
| 65. Pet Smart Inc | | | | | Buy | 11/9 | L | | |
| 66. Pet Smart Inc | | | | | PrtSell | 12/12 | L | | |
| 67. Proctor & Gamble Co. | C | Dividend | M | T | | | | | |
| 68. Roper Industries Inc | B | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns BI and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns CI and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schlumberger Ltd | B | Dividend | M | T | | | | | |
| 70. Varian Med Sys Inc | | None | N | T | | | | | |
| 71. Symantec Corp (formerly Veritas Software) | | None | | | Sell | 12/27 | M | | |
| 72. Walgreen Company | A | Dividend | L | T | | | | | |
| 73. Yum Brands Inc Com | B | Dividend | M | T | | | | | |
| 74. Flextronics Intl LTD Ord Shs | | None | L | T | | | | | |
| 75. JP Morgan Chase & Co bank account | A | Interest | K | T | | | | | |
| 76. WesBanco Bank Accounts | A | Interest | K | T | | | | | |
| 77. FT Henry Club Stock | | None | J | T | | | | | |
| 78. General Mills | A | Dividend | J | T | | | | | |
| 79. WesBanco | A | Dividend | J | T | | | | | |
| 80. ▉▉▉▉▉▉▉▉ | A | Rent | N | W | | | | | |
| 81. Riverview Assoc. | A | Rent | K | W | | | | | |
| 82. IRA #1 (Security National) | E | Dividend | P1 | T | | | | | |
| 83. Assets of IRA #1 listed as aggregate amount: | | | | | | | | | |
| 84. Federated Prime Obligations Fund | | | | | | | | | |
| 85. Amgen | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Affiliated Computer | | | | | | | | | |
| 87. Applied Materials | | | | | | | | | |
| 88. Dell Inc | | | | | | | | | |
| 89. Intel Corp | | | | | | | | | |
| 90. Interactive Corp | | | | | Sell | 12/23 | J | | |
| 91. Expedia Inc(Spinoff Interactive Corp) | | | | | Spinoff | 8/12 | J | | |
| 92. Expedia Inc | | | | | Sell | 12/23 | J | | |
| 93. Cisco Systems Inc | | | | | | | | | |
| 94. Computer Sciences | | | | | | | | | |
| 95. Wal-Mart Stores Inc | | | | | | | | | |
| 96. Home Depot Inc | | | | | | | | | |
| 97. Procter & Gamble Company | | | | | | | | | |
| 98. Pactiv Corp | | | | | | | | | |
| 99. Pepsico Inc | | | | | | | | | |
| 100. General Electric Co. | | | | | | | | | |
| 101. Kimberly Clark Corp | | | | | | | | | |
| 102. MBNA Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Medtronic Inc | | | | | | | | | |
| 104. Mellon Financial Corp | | | | | | | | | |
| 105. Microsoft | | | | | | | | | |
| 106. Natl Fuel Gas Co NJ | | | | | | | | | |
| 107. Omnicom Group | | | | | | | | | |
| 108. Schlumberger Ltd | | | | | | | | | |
| 109. Starbucks Corp | | | | | | | | | |
| 110. AT&T Inc (formerly SBC Communications) | | | | | | | | | |
| 111. Exxon Mobil Corp | | | | | | | | | |
| 112. First Data Corp | | | | | | | | | |
| 113. Fisher Scientific Int'l Inc | | | | | Buy | 12/23 | K | | |
| 114. Sara Lee Corp | | | | | Sell | 7/25 | K | | |
| 115. Masco Corp | | | | | | | | | |
| 116. Comcast Corp | | | | | | | | | |
| 117. Progress Energy Inc | | | | | Sell | 12/23 | K | D | |
| 118. X Cel Energy | | | | | Sell | 12/23 | K | | |
| 119. EMC Corporation | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | HI =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | PI =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Texas Instruments | | | | | | | | | |
| 121. United Technologies | | | | | | | | | |
| 122. MC Data Corp Cl A | | | | | Sell | 1/3 | J | | |
| 123. Walt Disney Co | | | | | Buy | 12/23 | K | | |
| 124. YRC Worldwide, Inc | | | | | Buy | 12/23 | K | | |
| 125. Trust #1-No longer reportable no beneficial int | None | | | | See Part VIII | | | | |
| 126. Assets of Trust #1 listed as aggregate amount above: | | | | | See Part VIII | | | | |
| 127. Intel Corp | | | | | See Part VIII | | | | |
| 128. Alcoa Inc | | | | | See Part VIII | | | | |
| 129. Altria Group Inc. | | | | | See Part VIII | | | | |
| 130. Amgen Inc. | | | | | See Part VIII | | | | |
| 131. Ashland Inc | | | | | See Part VIII | | | | |
| 132. Time Warner Inc | | | | | See Part VIII | | | | |
| 133. Ambac Finl Group Inc | | | | | See Part VIII | | | | |
| 134. Automatic Data Processing | | | | | See Part VIII | | | | |
| 135. Avery Dennison | | | | | See Part VIII | | | | |
| 136. Canadian Nat'l Ry Co | | | | | See Part VIII | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Dell Inc. | | | | | See PartVIII | | | | |
| 138. ChevronTexaco Corp | | | | | See PartVIII | | | | |
| 139. Genuine Parts Co. | | | | | See PartVIII | | | | |
| 140. Masco Corporation | | | | | See PartVIII | | | | |
| 141. Coca-Cola Co | | | | | See PartVIII | | | | |
| 142. Comcast | | | | | See PartVIII | | | | |
| 143. Gannett Inc | | | | | See PartVIII | | | | |
| 144. Georgia Pac Corp | | | | | See PartVIII | | | | |
| 145. IBM | | | | | See PartVIII | | | | |
| 146. Kinder Morgan Inc Kans | | | | | See PartVIII | | | | |
| 147. Pepsico Inc. | | | | | See PartVIII | | | | |
| 148. MBNA Corp | | | | | See PartVIII | | | | |
| 149. Bristol-Myers Squibb | | | | | See PartVIII | | | | |
| 150. General Electric Company | | | | | See PartVIII | | | | |
| 151. Baxter Intl. Inc. | | | | | See PartVIII | | | | |
| 152. Tenet Healthcare Corp | | | | | See PartVIII | | | | |
| 153. 3M | | | | | See PartVIII | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. BP Amoco ADS | | | | | See Part VIII | | | | |
| 155. Entergy Corp New | | | | | See Part VIII | | | | |
| 156. Exxon Mobil Corp | | | | | See Part VIII | | | | |
| 157. Federal Home Loan Mtg Corp | | | | | See Part VIII | | | | |
| 158. Sara Lee Corp | | | | | See Part VIII | | | | |
| 159. SBC Communications | | | | | See Part VIII | | | | |
| 160. Suntrust Banks Inc | | | | | See Part VIII | | | | |
| 161. One Group Muni MM | | | | | See Part VIII | | | | |
| 162. One Group WV Muni Fund | | | | | See Part VIII | | | | |
| 163. General Mills Inc. | | | | | See Part VIII | | | | |
| 164. Microsoft Corp | | | | | See Part VIII | | | | |
| 165. Proctor & Gamble Co | | | | | See Part VIII | | | | |
| 166. Oracle Corp | | | | | See Part VIII | | | | |
| 167. Sysco Corp | | | | | See Part VIII | | | | |
| 168. Target Corp | | | | | See Part VIII | | | | |
| 169. United Parcel Inc Cl B | | | | | See Part VIII | | | | |
| 170. Verizon Communications | | | | | See Part VIII | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000, | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Wal Mart Stores Inc | | | | | See PartVIII | | | | |
| 172. Cisco Systems Inc | | | | | See PartVIII | | | | |
| 173. Wyeth | | | | | See PartVIII | | | | |
| 174. Cardinal Health | | | | | See PartVIII | | | | |
| 175. Johnson & Johnson | | | | | See PartVIII | | | | |
| 176. Trust #2 (Security National) | F | Dividend | P2 | T | | | | | |
| 177. Assets of Trust #2 listed as aggregate amount above | | | | | | | | | |
| 178. Federated Tax Free Obligations | | | | | | | | | |
| 179. Affiliated Computer | | | | | | | | | |
| 180. Amgen | | | | | | | | | |
| 181. Applied Materials Inc | | | | | Buy | 12/30 | K | | |
| 182. Computer Sciences | | | | | | | | | |
| 183. Intel Corp | | | | | | | | | |
| 184. Dell Inc. | | | | | | | | | |
| 185. Constellation Brands | | | | | | | | | |
| 186. Devon Energy | | | | | | | | | |
| 187. EMC Corp | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. First Data Corp | | | | | | | | | |
| 189. Flextronics | | | | | Sell | 12/30 | L | | |
| 190. Wal-Mart Stores Inc | | | | | | | | | |
| 191. Mellon Financial Corp | | | | | | | | | |
| 192. Pier One Imports | | | | | Sell | 1/6 | L | D | |
| 193. Procter & Gamble Company | | | | | | | | | |
| 194. Bristol-Myers Squibb Co. | | | | | | | | | |
| 195. YRC Worldwide, Inc | | | | | Buy | 12/30 | L | | |
| 196. Zimmer Holdings | | | | | | | | | |
| 197. 3M | | | | | | | | | |
| 198. Omnicom Group | | | | | | | | | |
| 199. BP PLC | | | | | | | | | |
| 200. ChevronTexaco Corp | | | | | | | | | |
| 201. Walt Disney Co | | | | | Buy | 12/30 | L | | |
| 202. Weyerhaeuser Company | | | | | | | | | |
| 203. Fisher Scientific Int'l Inc | | | | | Buy | 12/30 | L | | |
| 204. Gannett Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Altria Group Inc | | | | | PrtSell | 1/6 | L | F | |
| 206. Union Pacific Corp | | | | | | | | | |
| 207. Abbott Labs | | | | | | | | | |
| 208. Air Products & Chemicals | | | | | | | | | |
| 209. Alcoa | | | | | | | | | |
| 210. Comcast Corp CL A | | | | | Sell | 12/30 | L | | |
| 211. Bellsouth Corp Com | | | | | | | | | |
| 212. Exxon Mobil Corp | | | | | | | | | |
| 213. General Mills Inc. | | | | | | | | | |
| 214. Grainger WW Inc | | | | | | | | | |
| 215. Home Depot | | | | | Buy | 1/6 | L | | |
| 216. Masco | | | | | | | | | |
| 217. Microsoft Corp Com | | | | | | | | | |
| 218. Oracle Corp Com | | | | | | | | | |
| 219. Biomet Inc common | | | | | | | | | |
| 220. PetCo Animal Supply | | | | | Buy | 1/6 | L | | |
| 221. PetCo Animal Supply | | | | | Sell | 12/30 | K | | |

| I. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. MBNA Corp | | | | | | | | | |
| 223. Caremark Rx Inc | | | | | | | | | |
| 224. Wachovia Corp 2nd | | | | | Buy | 1/6 | L | | |
| 225. Wachovia Corp 2nd | | | | | Sell | 3/4 | M | | |
| 226. Trust #3 | F | Dividend | P1 | T | | | | | |
| 227. Assets of Trust #3 listed as aggregate amount above: | | | | | | | | | |
| 228. One Group Muni MM | | | | | Redeem | 5/5 | L | | |
| 229. One Group WV Muni Bond | | | | | Redeem | 5/5 | L | | |
| 230. 3M | | | | | | | | | |
| 231. Alcoa Inc | | | | | | | | | |
| 232. Amgen Inc | | | | | | | | | |
| 233. Ashland Inc | | | | | PrtSell | 7/20 | J | A | |
| 234. Avery Dennison Corp | | | | | Sell | 5/9 | K | | |
| 235. Pepsico | | | | | | | | | |
| 236. Altria Group Inc | | | | | | | | | |
| 237. Intel Corp | | | | | | | | | |
| 238. Dell Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Ambac Finl Group Inc | | | | | | | | | |
| 240. Time Warner | | | | | | | | | |
| 241. Sysco Corp | | | | | | | | | |
| 242. Genuine Parts Co. | | | | | | | | | |
| 243. Anheuser Busch Cos. Inc. | | | | | | | | | |
| 244. Chevrontexaco Corp | | | | | | | | | |
| 245. Wyeth | | | | | | | | | |
| 246. Yum Brands | | | | | | | | | |
| 247. Bristol-Myers Squibb | | | | | | | | | |
| 248. Canadian Nat'l Ry Co | | | | | | | | | |
| 249. MBNA Corp | | | | | | | | | |
| 250. Occidental Pete Corp | | | | | | | | | |
| 251. Raytheon Corp | | | | | Buy | 5/9 | K | | |
| 252. Wisconsin Energy Corp | | | | | | | | | |
| 253. Wells Fargo & Co | | | | | Buy | 5/9 | K | | |
| 254. Entergy Corp New | | | | | | | | | |
| 255. General Electric Company | | | | | PrtSell | 5/9 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. International Business Mach Corp | | | | | | | | | |
| 257. Archer Daniels Midland | | | | | | | | | |
| 258. Whirlpool Corporation | | | | | | | | | |
| 259. BP PLC | | | | | | | | | |
| 260. Exxon Mobil Corp | | | | | | | | | |
| 261. Federal Home Loan Mortgage | | | | | | | | | |
| 262. Johnson & Johnson | | | | | | | | | |
| 263. JPMorgan US Real Estate Fund Select | | | | | Buy | 5/5 | L | | |
| 264. JPMorgan US Real Estate Fund Select | | | | | Buy | 8/31 | J | | |
| 265. JPMorgan US Real Estate Fund Select | | | | | Buy | 12/16 | J | | |
| 266. JPMorgan US Real Estate Fund Select | | | | | Buy | 12/19 | J | | |
| 267. JPMorgan WV Muni Bond Fund Select | | | | | Buy | 5/5 | L | | |
| 268. Kimberly Clark Corporation | | | | | | | | | |
| 269. Neenah Paper | | | | | Sell | 5/9 | J | A | |
| 270. Nextel Communications Inc | | | | | Buy | 5/9 | K | | |
| 271. Nextel Communications Inc | | | | | Sell | 8/18 | K | B | |
| 272. Medtronic Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Gannett Inc. | | | | | | | | | |
| 274. General Mills | | | | | | | | | |
| 275. Georgia Pac Corp | | | | | Tendered Shs | 12/19 | K | D | |
| 276. Wal-Mart Stores, Inc. | | | | | | | | | |
| 277. Verizon | | | | | | | | | |
| 278. Hewlett Packard Co | | | | | | | | | |
| 279. Home Depot | | | | | Buy | 5/9 | K | | |
| 280. HCA | | | | | | | | | |
| 281. Kinder Morgan Inc Kans | | | | | | | | | |
| 282. Microsoft Corp Com | | | | | | | | | |
| 283. Regis Corp Minn | | | | | Sell | 5/9 | K | | |
| 284. Sara Lee | | | | | | | | | |
| 285. Sprint Nextel Corp | | | | | Buy | 8/18 | K | | |
| 286. Sprint Nextel Corp | | | | | PrtSell | 8/26 | J | A | |
| 287. Cisco Systems | | | | | | | | | |
| 288. Coca-Cola | | | | | | | | | |
| 289. Colgate Palmolive Co | | | | | Buy | 5/9 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Comcast Corp New Cl A | | | | | | | | | |
| 291. Suntrust Banks | | | | | Sell | 5/9 | K | B | |
| 292. United Parcel Service Inc Cl B | | | | | | | | | |
| 293. Trust #4 | D | Dividend | N | T | | | | | |
| 294. Assets of Trust #4 listed as aggregate amount above: | | | | | | | | | |
| 295. Federated Tax Free Obligations Fund | | | | | | | | | |
| 296. Dell Inc | | | | | PrtSell | 1/6 | J | B | |
| 297. EMC Corp | | | | | | | | | |
| 298. Affilliated Computer | | | | | | | | | |
| 299. Microsoft Corp | | | | | | | | | |
| 300. Cisco Systems | | | | | | | | | |
| 301. Masco Corporation | | | | | | | | | |
| 302. Abbott Laboratories | | | | | | | | | |
| 303. PetCo Animal Supply | | | | | Buy | 15/10 | J | | |
| 304. PetCo Animal Supply | | | | | Sell | 12/27 | J | | |
| 305. Baxter Intl Inc. | | | | | Sell | 1/6 | J | C | |
| 306. First Data Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Fisher Scientific Int'l Inc | | | | | Buy | 12/27 | J | | |
| 308. Gannett Inc | | | | | Sell | 12/27 | J | | |
| 309. Ingersoll-Rand Company | | | | | PrtSell | 1/6 | J | C | |
| 310. 3M | | | | | | | | | |
| 311. ChevronTexaco | | | | | | | | | |
| 312. Constellation Energy | | | | | | | | | |
| 313. Computer Sciences | | | | | | | | | |
| 314. Flextronics Int'l | | | | | Buy | 1/6 | J | | |
| 315. Flextronics Int'l | | | | | Sell | 12/27 | J | | |
| 316. International Paper Company | | | | | | | | | |
| 317. Interactive Corp | | | | | Sell | 12/27 | J | | |
| 318. Expedia Inc (spinoff Interactive) | | | | | Spinoff | 8/12 | J | | |
| 319. Expedia Inc | | | | | Sell | 12/27 | J | | |
| 320. Johnson & Johnson | | | | | | | | | |
| 321. Colgate Palmolive Co Com | | | | | | | | | |
| 322. Apache Corp | | | | | | | | | |
| 323. Pepsico Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Proctor & Gamble | | | | | Buy | 12/27 | J | | |
| 325. United Technologies | | | | | | | | | |
| 326. Washinton Mutual Inc | | | | | | | | | |
| 327. YRC Worldwide, Inc | | | | | Buy | 12/27 | J | | |
| 328. Biomet Inc | | | | | | | | | |
| 329. Applied Materials | | | | | | | | | |
| 330. Intel Corporation | | | | | | | | | |
| 331. Omnicom | | | | | | | | | |
| 332. Cardinal Health | | | | | | | | | |
| 333. Caremark Rx Inc | | | | | | | | | |
| 334. Home Depot, Inc | | | | | | | | | |
| 335. MBNA Corp | | | | | | | | | |
| 336. Medtronic Inc | | | | | | | | | |
| 337. Trust #5 (Security National) | D | Dividend | N | T | | | | | |
| 338. Assets of Trust #5 listed as aggregate amount above: | | | | | | | | | |
| 339. Federated Tax Free Obligations Fund | | | | | | | | | |
| 340. Affiliated Computer | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Cisco Systems Inc | | | | | | | | | |
| 342. Dell Inc | | | | | PrtSell | 1/6 | J | B | |
| 343. EMC Corp | | | | | | | | | |
| 344. Microsoft Corp | | | | | | | | | |
| 345. Bank Amer Corp | | | | | PrtSell | 1/6 | J | D | |
| 346. Masco Corporation | | | | | | | | | |
| 347. Abbott Laboratories | | | | | | | | | |
| 348. Flextronics Int'l | | | | | Buy | 1/6 | J | | |
| 349. Flextronics Int'l | | | | | Sell | 12/27 | J | | |
| 350. PetCo Animal Supply | | | | | Buy | 1/6 | J | | |
| 351. PetCo Animal Supply | | | | | Sell | 12/27 | J | | |
| 352. First Data Corp | | | | | | | | | |
| 353. Fisher Scientific Int'l Inc | | | | | Buy | 12/27 | J | | |
| 354. Ingersoll-Rand Company | | | | | PrtSell | 1/6 | J | C | |
| 355. 3M | | | | | | | | | |
| 356. ChevronTexaco Corp | | | | | | | | | |
| 357. Constellation Energy | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Baker Hughes | | | | | | | | | |
| 359. International Paper Company | | | | | | | | | |
| 360. Interactive Corp | | | | | Sell | 12/27 | J | | |
| 361. Expedia Inc (Spinoff Interactive Corp) | | | | | Spinoff | 8/12 | J | | |
| 362. Expedia Inc | | | | | Sell | 12/27 | J | | |
| 363. Colgate Palmolive Co Com | | | | | | | | | |
| 364. Apache Corp | | | | | | | | | |
| 365. Pepsico Inc | | | | | | | | | |
| 366. Proctor & Gamble | | | | | Buy | 12/27 | J | | |
| 367. United Technologies | | | | | | | | | |
| 368. YRL Worldwide, Inc. | | | | | Buy | 12/27 | J | | |
| 369. Biomet Inc | | | | | | | | | |
| 370. Omnicom | | | | | | | | | |
| 371. Oracle Corp | | | | | Sell | 12/27 | J | | |
| 372. Applied Materials | | | | | | | | | |
| 373. Intel Corporation | | | | | | | | | |
| 374. Home Depot | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Cardinal Health | | | | | | | | | |
| 376. Caremark Rx Inc | | | | | | | | | |
| 377. Comcast Corp A | | | | | | | | | |
| 378. Computer Sciences | | | | | | | | | |
| 379. MBNA Corp | | | | | | | | | |
| 380. Medtronic Inc | | | | | | | | | |
| 381. Trust #6 (Security National) | D | Dividend | N | T | | | | | |
| 382. Assets of Trust #6 listed as aggregate amount: | | | | | | | | | |
| 383. Federated Government Obligations Fund | | | | | | | | | |
| 384. Wyeth | | | | | | | | | |
| 385. 3M Co | | | | | Buy | 12/27 | K | | |
| 386. Applied Materials | | | | | | | | | |
| 387. BP Amoco ADS | | | | | Buy | 12/27 | K | | |
| 388. Gannett Inc | | | | | | | | | |
| 389. General Electric | | | | | | | | | |
| 390. Home Depot | | | | | | | | | |
| 391. Mellon Financial Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Abbott Labs | | | | | | | | | |
| 393. Amgen Inc | | | | | | | | | |
| 394. Computer Sciences | | | | | | | | | |
| 395. Conocophillips Com | | | | | PrtSell | 12/27 | K | D | |
| 396. Intel Corp | | | | | | | | | |
| 397. Interactive Corp | | | | | Sell | 12/27 | J | | |
| 398. Expedia Inc (Spinoff Interactive Corp) | | | | | Spinoff | 8/12 | J | | |
| 399. Expedia Inc | | | | | Sell | 12/27 | J | | |
| 400. Kimberly Clark Corp | | | | | | | | | |
| 401. Neenah Paper | | | | | Sell | 12/27 | J | | |
| 402. Pepsico | | | | | | | | | |
| 403. Proctor & Gamble | | | | | Buy | 12/27 | J | | |
| 404. Target Corp | | | | | PrtSell | 12/27 | K | D | |
| 405. United Technologies | | | | | | | | | |
| 406. Wachovia Corp | | | | | Sell | 3/4 | K | D | |
| 407. Washington Mutual Inc | | | | | | | | | |
| 408. Walt Disney Co | | | | | Buy | 12/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Medtronic Inc | | | | | | | | | |
| 410. MBNA Corp | | | | | | | | | |
| 411. National Fuel Gas Co | | | | | | | | | |
| 412. Fedex | | | | | | | | | |
| 413. First Data Corp | | | | | | | | | |
| 414. Fisher Scientific Int'l Inc | | | | | Buy | 12/27 | J | | |
| 415. Microsoft | | | | | | | | | |
| 416. Cisco Systems | | | | | | | | | |
| 417. Progress Energy Inc | | | | | | | | | |
| 418. Xcel Energy | | | | | Sell | 12/27 | K | | |
| 419. IRA #2 (HBW) | A | Interest | K | T | | | | | |
| 420. Capital Auto REIT | B | Dividend | | | Sell | 12/16 | K | D | |
| 421. Reserve Fund D | A | Interest | J | T | | | | | |
| 422. Reserve Fund B | C | Interest | N | T | | | | | |
| 423. Reserve Fund A | A | Interest | L | T | | | | | |
| 424. Allergan Inc | A | Dividend | L | T | | | | | |
| 425. Artesyn Technology Inc | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Bank of America Corporation | B | Dividend | K | T | | | | | |
| 427. Bed Bath & Beyond | | None | L | T | | | | | |
| 428. Cabelas Inc | | None | | | Sell | 11/9 | K | | |
| 429. Citigroup Inc | A | Dividend | K | T | | | | | |
| 430. Coach Inc | | None | M | T | | | | | |
| 431. Dell Inc | | None | L | T | | | | | |
| 432. Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 433. General Electric | C | Dividend | M | T | | | | | |
| 434. Hershey Co | B | Dividend | M | T | Buy | 11/9 | L | | |
| 435. Hershey Co | | | | | Buy | 12/27 | L | | |
| 436. Home Depot | B | Dividend | M | T | | | | | |
| 437. IShares TR MSCI Emerging Mkt | | None | K | T | Buy | 4/27 | K | | |
| 438. IShares TR/Future Issues | A | Dividend | K | T | Buy | 8/8 | K | | |
| 439. Microsoft Corp. | C | Dividend | M | T | PrtSell | 2/10 | K | D | |
| 440. Microsoft Corp | | | | | PrtSell | 4/27 | K | E | |
| 441. Moody's Corp | A | Dividend | K | T | | | | | |
| 442. Paychex | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Pepsico | C | Dividend | M | T | | | | | |
| 444. Pet Smart Inc | A | Dividend | L | T | Buy | 2/10 | K | | |
| 445. Pet Smart Inc | | | | | Buy | 11/9 | K | | |
| 446. Pet Smart Inc | | | | | PrtSell | 12/12 | L | | |
| 447. Varian Med Svc Inc | | None | M | T | | | | | |
| 448. Symatec Corp (formerly Veritas Software Co) | | None | | | Sell | 12/27 | L | | |
| 449. Walgreen Co | A | Dividend | K | T | | | | | |
| 450. Wyeth | A | Dividend | K | T | | | | | |
| 451. Yum Brands Inc Com | A | Dividend | K | T | | | | | |
| 452. Zimmer Holdings | | None | K | T | | | | | |
| 453. Flextronics Intl Ltd Ord Shs | | None | L | T | | | | | |
| 454. Amgen Inc | | None | L | T | | | | | |
| 455. Apple Computer Inc | | None | M | T | | | | | |
| 456. JP Morgan Chase & Co | B | Dividend | L | T | | | | | |
| 457. Barnes & Noble Inc | B | Dividend | L | T | | | | | |
| 458. Bristol Myers Squibb | E | Dividend | N | T | PrtTrnIn | 12/15 | J | | |
| 459. Capital Automotive Com Sh Ben Int | D | Dividend | | | Sell | 12/16 | M | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Chubb Corp | B | Dividend | L | T | | | | | |
| 461. Colgate Palmolive Co | D | Dividend | N | T | | | | | |
| 462. Disney, Walt | A | Dividend | K | T | | | | | |
| 463. Game Stop Corp Cl B | | None | | | Sell | 8/30 | K | E | |
| 464. General Electric | D | Dividend | M | T | | | | | |
| 465. General Mills | A | Dividend | J | T | | | | | |
| 466. Genuine Parts Co | B | Dividend | L | T | | | | | |
| 467. HBW Inc | | None | M | W | | | | | |
| 468. Occidental Petroleum Corp | B | Dividend | L | T | | | | | |
| 469. Ingersoll Rand Co | B | Dividend | M | T | | | | | |
| 470. Panera Bread Co Cl A | | None | M | T | | | | | |
| 471. Starbucks | | None | M | T | | | | | |
| 472. Target Corp | A | Dividend | L | T | | | | | |
| 473. Time Warner Inc | A | Dividend | K | T | | | | | |
| 474. Washington Mutual Inc | C | Dividend | L | T | | | | | |
| 475. Wesbanco | D | Dividend | N | T | | | | | |
| 476. Wyeth | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. Zimmer Holdings | | None | M | T | | | | | |
| 478. Beckley WV Parking Rev 5.5% due 6/15/2010 | C | Interest | L | T | PrtSell | 6/15 | J | | |
| 479. Monongalia Co. WV 5.95% due 4/1/2013 callable 4/1/2003 | B | Interest | K | T | | | | | |
| 480. Monongalia Co WV 7.375% due 5/1/2020 dtd 5/1/96 | B | Interest | K | T | | | | | |
| 481. WV Infrastruct 1996 Ser B 5.5% due 11/1/2008 | B | Interest | K | T | | | | | |
| 482. WV Infrastruct 1996 Ser B 5.7% due 11/1/2010 | B | Interest | K | T | | | | | |
| 483. Raleigh Cnty 3.6% due 12/1/10 | A | Interest | K | T | | | | | |
| 484. WV St Bldg Comm Lotto 5.25% due 7/1/2010 | C | Interest | L | T | | | | | |
| 485. WV St Hsg Dev Ser B 5.4% due 11/1/2013 | B | Interest | | | Sell | 7/15 | K | A | |
| 486. Barbour Co WV Bd Ed 5% due 6/1/08 | B | Interest | K | T | | | | | |
| 487. WV ST Rd 4.25% due 6/1/10 | B | Interest | K | T | | | | | |
| 488. WV Econ Dev 4.15% due 11/15/11 | B | Interest | K | T | | | | | |
| 489. WV Econ Dev 4.7% due 11/1/12 | B | Interest | K | T | | | | | |
| 490. WV ST Hsg 4.9% due 11/1/14 | B | Interest | K | T | | | | | |
| 491. WV St Water Dev 4.3% due 11/1/2006 | B | Interest | L | T | | | | | |
| 492. WV St Water Dev 4.375% due 11/1/2007 | B | Interest | L | T | | | | | |
| 493. Parkersburg WV Waterworks 3.2% due 8/1/09 | B | Interest | K | T | Buy | 8/19 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. 3 Com Corp | | None | J | T | | | | | |
| 495. Disney, Walt Co. | A | Dividend | J | T | | | | | |
| 496. GAP Inc | A | Dividend | J | T | | | | | |
| 497. Starbucks Corp | | None | K | T | | | | | |
| 498. Trust #7 | D | Dividend | N | T | | | | | |
| 499. Assets of Trust #7 listed as aggregate amount above: | | | | | | | | | |
| 500. US Treasury Cash Reserves FD 125 | | | | | Buy | 1/15 | K | | |
| 501. Alcan Aluminum Ltd | | | | | | | | | |
| 502. Novelis (Spinoff Alcan Aluminum) | | | | | Spinoff | 1/6 | J | | |
| 503. Novelis | | | | | Sell | 4/21 | J | | |
| 504. American Express | | | | | | | | | |
| 505. Ameriprise Financial (Spinoff American Express) | | | | | Spinoff | 10/5 | J | | |
| 506. Ameriprise Financial | | | | | Sell | 12/19 | J | A | |
| 507. Amgen | | | | | | | | | |
| 508. Applied Materials | | | | | PrtSell | 10/20 | K | | |
| 509. BP PLC | | | | | PrtSell | 8/23 | J | C | |
| 510. Best Buy Company | | | | | Sell | 9/6 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Caterpillar | | | | | Buy | 12/19 | J | | |
| 512. Cisco Systems | | | | | | | | | |
| 513. Conoco Phillips | | | | | Buy | 10/20 | J | | |
| 514. Comcast Corp Cl A | | | | | Sell | 12/19 | J | | |
| 515. Ensco Int'l | | | | | Buy | 4/21 | J | | |
| 516. Gannett Co | | | | | Sell | 10/20 | J | | |
| 517. General Electric | | | | | | | | | |
| 518. Goldman Sachs | | | | | Buy | 4/21 | J | | |
| 519. Home Depot | | | | | | | | | |
| 520. Kinder Morgan Energy | | | | | | | | | |
| 521. Kimberly Clark | | | | | | | | | |
| 522. Manor Care Inc | | | | | Buy | 12/19 | J | | |
| 523. Neenah Paper | | | | | Sell | 4/21 | J | | |
| 524. L-3 Communications | | | | | Sell | 4/21 | K | D | |
| 525. Medtronic Inc | | | | | Buy | 8/23 | J | | |
| 526. Microsoft | | | | | | | | | |
| 527. Proctor & Gamble | | | | | Buy | 10/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Textron | | | | | Buy | 12/19 | J | | |
| 529. United Parcel Service | | | | | Sell | 10/20 | J | A | |
| 530. WesMark Bond Fund #556 | | | | | | | | | |
| 531. Wrigley Jr | | | | | Buy | 8/23 | J | | |
| 532. Transocean Inc | | | | | Buy | 8/23 | J | | |
| 533. Trust #8 | E | Dividend | P1 | T | | | | | |
| 534. Assets Of Trust #8 listed as aggregate above: | | | | | | | | | |
| 535. US Treasury Cash Res 632 | | | | | Buy | 1/15 | K | | |
| 536. Alcan Aluminum | | | | | | | | | |
| 537. Novelis (Spinoff Alcan Aluminum) | | | | | Spinoff | 1/6 | J | | |
| 538. Novelis | | | | | Sell | 4/21 | J | | |
| 539. American Express | | | | | | | | | |
| 540. Ameriprise Financial (Spinoff American Express) | | | | | Spinoff | 10/5 | J | | |
| 541. Ameriprise Financial | | | | | Sell | 12/19 | J | B | |
| 542. Amgen | | | | | | | | | |
| 543. Applied Materials | | | | | PrtSell | 10/20 | K | | |
| 544. BP PLC | | | | | PrtSell | 8/23 | L | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Best Buy Company | | | | | PrtSell | 8/23 | K | D | |
| 546. Cisco Systems | | | | | | | | | |
| 547. Comcast Corp Cl A | | | | | Sell | 12/19 | K | | |
| 548. Conoco Phillips | | | | | Buy | 10/20 | K | | |
| 549. Ensco Int'l Inc | | | | | Buy | 4/21 | K | | |
| 550. Gannett Co Inc | | | | | Sell | 10/20 | K | | |
| 551. General Electric | | | | | | | | | |
| 552. General Mills | | | | | | | | | |
| 553. Goldman Sachs | | | | | Buy | 4/21 | K | | |
| 554. Home Depot | | | | | Buy | 8/23 | K | | |
| 555. Pepsico | | | | | | | | | |
| 556. Proctor & Gamble | | | | | Buy | 10/20 | K | | |
| 557. SBC Communications Inc | | | | | Sell | 4/21 | K | | |
| 558. Intel | | | | | | | | | |
| 559. Kinder Morgan Energy | | | | | | | | | |
| 560. Medtronic Inc | | | | | Buy | 10/20 | K | | |
| 561. Starwood Hotels & Resorts | | | | | Buy | 8/23 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns Bl and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | Hl =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns Cl and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Transocean, Inc | | | | | Buy | 8/23 | K | | |
| 563. United Parcel Svc | | | | | Sell | 10/20 | K | | |
| 564. Wal-Mart | | | | | PrtSell | 12/19 | K | | |
| 565. WesMark Bond Fund #556 | | | | | PrtSell | 1/21 | J | | |
| 566. Wrigley Jr | | | | | Buy | 8/23 | K | | |
| 567. Wyeth | | | | | | | | | |
| 568. Trust #9 | G | Dividend | P2 | T | | | | | |
| 569. Assets of Trust #9 listed as aggregate amount above: | | | | | | | | | |
| 570. US Treasury Cash Res Fnd 632 | | | | | Buy | 1/15 | K | | |
| 571. Wesmark WV Muni Bd Fnd #548 | | | | | PrtSell | 1/24 | M | A | |
| 572. Wesmark WV Muni Bd Fnd #548 | | | | | PrtSell | 2/3 | J | A | |
| 573. Wesnark WV Muni Bd Fnd #548 | | | | | Sell | 12/12 | L | | |
| 574. Alcan | | | | | Buy | 1/18 | K | | |
| 575. Novelis (Spinoff Alcan) | | | | | Spinoff | 1/6 | J | | |
| 576. Novelis | | | | | Sell | 4/27 | J | B | |
| 577. Amgen | | | | | | | | | |
| 578. Anheuser Busch | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. BP PLC | | | | | | | | | |
| 580. Michael Baker Corp | | | | | Buy | 12/6 | K | | |
| 581. Best Buy Company | | | | | Buy | 1/18 | L | | |
| 582. Best Buy Comapny | | | | | Sell | 4/27 | L | | |
| 583. Bristol-Myers Squibb Co. | | | | | | | | | |
| 584. Burlington Resources | | | | | | | | | |
| 585. Carnival Corp | | | | | Buy | 4/27 | K | | |
| 586. ChevronTexaco Corp | | | | | | | | | |
| 587. Cisco Systems | | | | | | | | | |
| 588. Comcast Corp Cl A | | | | | Sell | 12/6 | M | | |
| 589. Corning | | | | | | | | | |
| 590. DRS Technologies Inc | | | | | Buy | 12/6 | L | | |
| 591. EMC Corp | | | | | | | | | |
| 592. EOG Resources | | | | | | | | | |
| 593. E-Trade Group | | | | | Buy | 1/18 | K | | |
| 594. E-Trade Group | | | | | Buy | 4/27 | K | | |
| 595. First Data | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Fiserv | | | | | Buy | 1/18 | K | | |
| 597. Fortune Brands | | | | | Buy | 4/27 | K | | |
| 598. Acco Brands (Spinoff Fortune Brands) | | | | | Spinoff | 8/16 | J | | |
| 599. Acco Brands | | | | | Sell | 12/9 | J | A | |
| 600. General Electric Co. | | | | | | | | | |
| 601. Goldman Sachs Group Inc | | | | | Buy | 4/27 | L | | |
| 602. Goldman Sachs Group Inc | | | | | Buy | 12/6 | L | | |
| 603. Home Depot | | | | | | | | | |
| 604. Hilton Hotels | | | | | Buy | 4/27 | K | | |
| 605. Inco Ltd | | | | | Buy | 1/18 | K | | |
| 606. International Paper | | | | | Sell | 4/27 | K | | |
| 607. 3M | | | | | | | | | |
| 608. Jabil Circuit | | | | | | | | | |
| 609. Kemet | | | | | | | | | |
| 610. Manor Care Inc | | | | | Buy | 12/6 | K | | |
| 611. Microsoft Corp | | | | | Buy | 1/18 | K | | |
| 612. Microsoft Corp | | | | | Buy | 4/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. L-3 Communications | | | | | Sell | 4/27 | M | F | |
| 614. Nucor Corp | | | | | Sell | 1/18 | M | E | |
| 615. Parker-Hannifin | | | | | | | | | |
| 616. Pepsico Inc | | | | | | | | | |
| 617. Proctor & Gamble Co | | | | | Buy | 12/6 | L | | |
| 618. AT&T Inc (formerly SBC Communications Inc) | | | | | PrtSell | 4/27 | L | F | |
| 619. Texas Instruments Inc | | | | | | | | | |
| 620. Textron Inc | | | | | Buy | 4/27 | L | | |
| 621. Textron Inc | | | | | Buy | 12/6 | K | | |
| 622. United Technologies | | | | | | | | | |
| 623. United Parcel Service CL B | | | | | | | | | |
| 624. Wal Mart | | | | | Buy | 1/18 | L | | |
| 625. Wal Mart | | | | | Sell | 12/6 | L | | |
| 626. WesBanco, Inc. | | | | | | | | | |
| 627. Wyeth | | | | | | | | | |
| 628. Zimmer Holdings Inc | | | | | | | | | |
| 629. Ingersol Rand Co | | | | | Buy | 12/6 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Trust #10 | F | Dividend | P1 | T | | | | | |
| 631. Assets of Trust 10 listed as aggregate amount above: | | | | | | | | | |
| 632. US Treasury Cash Reserve Fnd 632 | | | | | Buy | 1/15 | K | | |
| 633. Alcan Inc | | | | | Buy | 1/18 | K | | |
| 634. Novelis (spinoff Alcan Inc) | | | | | Spinoff | 1/6 | J | | |
| 635. Novelis | | | | | Sell | 4/27 | J | A | |
| 636. Amgen | | | | | | | | | |
| 637. Anheuser Busch | | | | | | | | | |
| 638. Best Buy | | | | | Sell | 4/27 | K | | |
| 639. American Standard | | | | | Buy | 4/27 | K | | |
| 640. American Standard | | | | | Sell | 12/6 | K | | |
| 641. Carnival Corp | | | | | Buy | 4/27 | K | | |
| 642. ChevronTexaco | | | | | | | | | |
| 643. Cisco Systems | | | | | | | | | |
| 644. Comcast Corp Cl A | | | | | Sell | 12/6 | L | | |
| 645. Corning | | | | | | | | | |
| 646. DRS Technologies Inc | | | | | Buy | 12/6 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. Exxon Mobil Corp | | | | | | | | | |
| 648. First Data | | | | | | | | | |
| 649. Fiserv | | | | | Buy | 1/18 | K | | |
| 650. Fortune Brands | | | | | Buy | 4/27 | K | | |
| 651. Acco Brands Corp (spinoff Fortune Brnads) | | | | | Spinoff | 8/16 | J | | |
| 652. Acco Brands | | | | | Sell | 12/6 | J | A | |
| 653. General Electric Co common | | | | | | | | | |
| 654. Goldman Sachs Group Inc | | | | | Buy | 4/27 | K | | |
| 655. Goldman Sachs Group Inc | | | | | Buy | 12/6 | K | | |
| 656. Hilton Hotels | | | | | | | | | |
| 657. Home Depot | | | | | Buy | 1/15 | K | | |
| 658. Ingersol Rand Co | | | | | Buy | 12/6 | K | | |
| 659. Jabil Circuit | | | | | | | | | |
| 660. Inco Ltd | | | | | | | | | |
| 661. International Paper | | | | | Sell | 4/27 | K | | |
| 662. Linear Tech. Corp. | | | | | | | | | |
| 663. L-3 Communications Holdings Inc | | | | | Sell | 4/27 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. Manor Care Inc | | | | | Buy | 12/6 | K | | |
| 665. Medtronic, Inc | | | | | Buy | 12/6 | L | | |
| 666. Microsoft, Corp | | | | | Buy | 1/18 | L | | |
| 667. Nucor Corp | | | | | Sell | 1/18 | L | E | |
| 668. 3M | | | | | | | | | |
| 669. Pepsico Inc common | | | | | | | | | |
| 670. Texas Instruments | | | | | | | | | |
| 671. Textron Inc | | | | | Buy | 4/27 | K | | |
| 672. Textron Inc | | | | | Buy | 12/6 | K | | |
| 673. United Parcel Service | | | | | | | | | |
| 674. United Technologies Corp | | | | | | | | | |
| 675. Wesbanco | | | | | | | | | |
| 676. Wesmark WV Muni Bond Fund #548 | | | | | PrtSell | 1/24 | L | A | |
| 677. Wesmark WV Muni Bond Fund #548 | | | | | PrtSell | 12/6 | L | | |
| 678. Burlington Resources | | | | | | | | | |
| 679. EMC Corp | | | | | | | | | |
| 680. Wal-Mart | | | | | Sell | 12/6 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. Wyeth | | | | | | | | | |
| 682. Trust #11 | D | Dividend | P1 | T | | | | | |
| 683. Assets of Trust #11 listed as aggregate amount above: | | | | | | | | | |
| 684. Tax Free Obligations #397 | | | | | Buy | 1/15 | K | | |
| 685. Alcan Inc | | | | | Buy | 1/18 | J | | |
| 686. Novelis (spinoff Alcan Inc) | | | | | Spinoff | 1/18 | J | | |
| 687. Novelis | | | | | Sell | 4/27 | J | A | |
| 688. Amgen | | | | | | | | | |
| 689. Michael Baker Corp | | | | | Buy | 12/6 | J | | |
| 690. Best Buy Company | | | | | Sell | 4/27 | K | | |
| 691. BP PLC | | | | | | | | | |
| 692. Carnival Corp | | | | | Buy | 4/27 | K | | |
| 693. Cisco Systems | | | | | | | | | |
| 694. Comcast Corp Cl A | | | | | Sell | 12/6 | K | | |
| 695. Corning | | | | | | | | | |
| 696. DRS Technologies | | | | | Buy | 12/6 | J | | |
| 697. Ensco Int'l | | | | | Buy | 4/27 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. E-Trade | | | | | Buy | 1/18 | K | | |
| 699. First Data | | | | | | | | | |
| 700. Goldman SachsGroup, Inc | | | | | Buy | 4/27 | K | | |
| 701. Hilton Hotels | | | | | Buy | 1/18 | J | | |
| 702. Home Depot | | | | | | | | | |
| 703. Fiserv | | | | | | | | | |
| 704. Inco Ltd | | | | | Sell | 12/6 | K | D | |
| 705. International Paper | | | | | Sell | 4/27 | K | | |
| 706. Manor Care, Inc | | | | | Buy | 12/6 | K | | |
| 707. Nucor | | | | | Sell | 1/18 | K | D | |
| 708. L-3 Communications Holdings Inc | | | | | Sell | 4/27 | K | E | |
| 709. 3M | | | | | | | | | |
| 710. Pepsico | | | | | | | | | |
| 711. Starwood Hotels & Resorts | | | | | Buy | 4/27 | K | | |
| 712. Texas Instruments | | | | | | | | | |
| 713. Textron, Inc | | | | | Buy | 12/6 | K | | |
| 714. United Technologies | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. WesMark WV Muni #548 | | | | | PrtSell | 2/3 | J | A | |
| 716. Ingersol Rand Co | | | | | Buy | 12/6 | K | | |
| 717. WesBanco | | | | | | | | | |
| 718. EMC Corp | | | | | | | | | |
| 719. EOG Resources | | | | | | | | | |
| 720. United Parcel Service | | | | | | | | | |
| 721. Trust #12 (Security National) | E | Dividend | P1 | T | | | | | |
| 722. Assets of Trust #12 listed as aggregate above | | | | | | | | | |
| 723. Affiliated Computer | | | | | | | | | |
| 724. Air Prods & Chems Inc | | | | | | | | | |
| 725. Amgen | | | | | | | | | |
| 726. Applied Materials | | | | | | | | | |
| 727. Avon Products | | | | | Sell | 12/27 | K | D | |
| 728. Biomet | | | | | | | | | |
| 729. Boeing | | | | | | | | | |
| 730. Comcast Corp Cl A | | | | | | | | | |
| 731. Computer Sciences | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. Devon Energy | | | | | | | | | |
| 733. Dow Chemical | | | | | | | | | |
| 734. EMC Corp | | | | | | | | | |
| 735. Exxon Mobil | | | | | | | | | |
| 736. Fedex | | | | | | | | | |
| 737. First Data | | | | | Sell | 12/27 | K | D | |
| 738. Flextronics Int'l | | | | | | | | | |
| 739. FHLM 5.25% | | | | | | | | | |
| 740. FHLM 4.5% | | | | | Sell | 4/1 | K | | |
| 741. FHLM 4.05% (Rate is 4.05% not 4.03 as previously listed) | | | | | | | | | |
| 742. FHLB 5.5% | | | | | Sell | 4/1 | K | | |
| 743. FHLB 4.50% (Rate is 4.50% not 4.05% as previously listed) | | | | | | | | | |
| 744. FHLB 4.125% | | | | | Buy | 12/28 | K | | |
| 745. FHLB 3.68% | | | | | PrtSell | 6/19 | K | | |
| 746. FHLB 3.68% | | | | | Sell | 9/28 | K | | |
| 747. Gannett Inc | | | | | | | | | |
| 748. General Electric | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. Home Depot | | | | | | | | | |
| 750. Intel | | | | | | | | | |
| 751. Interactive Corp | | | | | | | | | |
| 752. Expedia Inc (Spinoff Interactive Corp) | | | | | Spinoff | 8/12 | K | | |
| 753. IBM | | | | | | | | | |
| 754. Johnson & Johnson | | | | | | | | | |
| 755. Kimberly Clark | | | | | | | | | |
| 756. Federated Prime Obligations | | | | | | | | | |
| 757. MBNA Corp | | | | | | | | | |
| 758. Mellon Financial Corp | | | | | | | | | |
| 759. National Fuel Gas Co | | | | | | | | | |
| 760. Omnicom Gr | | | | | | | | | |
| 761. Oracle | | | | | | | | | |
| 762. Pepsico Inc | | | | | | | | | |
| 763. Proctor & Gamble | | | | | | | | | |
| 764. PNC Financial Svcs Group | | | | | | | | | |
| 765. AT&T Inc (formerly SBC Communications) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. Teco Energy | | | | | Sell | 12/27 | K | | |
| 767. United Technologies | | | | | | | | | |
| 768. Verizon Communications | | | | | | | | | |
| 769. Watson Pharmacy | | | | | Sell | 12/27 | K | | |
| 770. XCel Energy | | | | | | | | | |
| 771. Trust #13 (Security Nat'l) | E | Dividend | O | T | | | | | |
| 772. Assets of Trust #13 listed as aggregate above | | | | | | | | | |
| 773. Federal Prime - Obligations | | | | | | | | | |
| 774. FHLB 4.5% due 10/14/08 | | | | | Buy | 12/27 | K | | |
| 775. General Electric 3.3% due 1/15/08 | | | | | | | | | |
| 776. Tennessee Valley 4.7% due 7/15/08 | | | | | | | | | |
| 777. United Parcel Svc 4% due 7/15/13 | | | | | | | | | |
| 778. Boeing Cap 3.95% due 9/15/07 | | | | | | | | | |
| 779. Caterpillar Finl Note 4.25% due 2/15/13 | | | | | | | | | |
| 780. Affiliated Computer | | | | | | | | | |
| 781. Air Prods & Chems Inc | | | | | | | | | |
| 782. Amgen Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 783. BP PLC | | | | | | | | | |
| 784. ChevronTexaco Corp | | | | | | | | | |
| 785. Comcast Corp Cl A | | | | | | | | | |
| 786. Fisher Scientific Int'l Inc | | | | | Buy | 12/21 | J | | |
| 787. First Data Corp | | | | | Sell | 12/21 | J | | |
| 788. General Electric Co | | | | | Buy | 12/21 | J | | |
| 789. IBM | | | | | | | | | |
| 790. MBNA Corp | | | | | | | | | |
| 791. Mellon Financial | | | | | | | | | |
| 792. Pepsico Inc | | | | | | | | | |
| 793. Proctor & Gamble | | | | | | | | | |
| 794. Progress Energy | | | | | | | | | |
| 795. 3M Com | | | | | | | | | |
| 796. WalMart Stores | | | | | | | | | |
| 797. Zimmer Holdings | | | | | | | | | |
| 798. Flextronics Int'l | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/05/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

TRUST #1 - THE "FOR THE BENEFIT OF OWNER (F/B/O)" IS NO LONGER A MINOR OR DEPENDENT; THEREFORE ASSETS HELD IN THIS TRUST ARE NO LONGER REQUIRED TO BE LISTED.  JUDGE STAMP HAS NO BENEFICIAL INTEREST IN OR CONTROLLING INTEREST OF THIS TRUST IN 2005.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▨▨▨▨▨▨▨▨▨▨      Date *May 9, 2006*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544